# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MICHAEL RECKER,

      Defendant.

No. CR12-2003-LRR

ORDER

---

The matter before the court is the defendant's motion to amend pleadings (docket 23) and motion to amend exhibits A, B and C (docket no. 26). The defendant filed the former motion on February 13, 2012 and the latter motion on February 16, 2012. Both motions are granted. To the extent further review is required because of such amendments, the court concludes that nothing in them alters any prior decision made by the court. Additionally, no further action will be taken by the court with respect to them.

**IT IS SO ORDERED**.

**DATED** this 17th day of February, 2012.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA